**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| In Re: | Case No. 19-03164-JJG-7 |
| Gettis Jerome Curry<br>  *aka* Gettis Jerome Curry, II | Chapter 7 |
| Debtor. | Judge Jeffrey J. Graham |

## NOTICE OF APPEARANCE

Now comes Molly Slutsky Simons, an attorney admitted to practice in the U.S. Bankruptcy Court, Southern District of Indiana, and enters an appearance on behalf of Home Point Financial Corporation, in the above captioned proceedings.

Respectfully Submitted,

/s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
P.O. Box 476
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor

## **CERTIFICATE OF SERVICE**

I certify that on May 7, 2019, a copy of the foregoing Notice was filed electronically. Notice of this filing will be sent to the following party/parties through the Court's ECF System. Party/parties may access this filing through the Court's system:

    Brian David Manning, Debtor's Counsel
    brianmanning.gloyeskilawin@gmail.com

    Randall L. Woodruff, Chapter 7 Trustee
    rlwtrustee@comcast.net

    Office of the U.S. Trustee
    ustpregion10.in.ecf@usdoj.gov

I further certify that on May 7, 2019, a copy of the foregoing Notice was mailed by first-class U.S. Mail, postage prepaid and properly addressed to the following:

    Gettis Jerome Curry, Debtor
    7345 Kinglet Court
    Indianapolis, IN 46254

                                               /s/ Molly Slutsky Simons
                                               Molly Slutsky Simons (OH 0083702)
                                               Attorney for Creditor